IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

WILLIE E. KNOX and LINDA M. KNOX                                    PLAINTIFFS

V.                                                                  CAUSE NO.: 3:07CV29-SA-AA

NATIONSTAR MORTGAGE, LLC f/k/a CENTEX                               DEFENDANT
HOME EQUITY COMPANY, LLC f/k/a CENTEX
HOME EQUITY CORPORATION

## ORDER GRANTING MOTION TO REMAND

Pursuant to an opinion issued this day, it is hereby **ORDERED** that

(1) the Plaintiffs' Motion to Remand [6] is **GRANTED**; therefore,

(2) this cause of action is **REMANDED** to the Chancery Court of Grenada County, Mississippi, from whence it came; therefore,

(3) this case is **CLOSED**.

SO ORDERED, this the 24th day of June 2008.

                                                      /s/ Sharion Aycock
                                             UNITED STATES DISTRICT JUDGE